# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
    v.
MARK ALEXANDER
In Custody
30 miles from Highway 86 near
  Why, AZ
Menagars Dam Village
Papago Indian Reservation
(Name and Address of Defendant)

JUDGMENT IN A CRIMINAL CASE
No.  CR 98-00732-01-PHX-RCB

FILED ___ LODGED
RECEIVED ___ COPY
MAR  4 1999
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DTY

SSN:    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
USM:    43860-008
DOB:    04/14/72

David Ochoa (apptd)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**
XX guilty: as to  the One Count Indictment

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Title 8, United States Code, Section 1324(a)(1)(A)(ii) - Transporting of Illegal Aliens - as charged in the One Count Indictment - a felony

**IT IS THE JUDGMENT OF THIS COURT THAT:** defendant is committed to the custody of the Bureau of Prisons for a term of 10 MONTHS.  Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 36 MONTHS to be served consecutive to the imprisonment. While on supervised release, the defendant shall comply with the standard conditions of supervision set forth by this court in Guidelines 5D1.3(a)&(c) unless modified by the assigned probation officer and General Order 201 of this court and the following additional special conditions:
1.  That you submit to search of person, property, vehicles, business, and residence to be conducted in a reasonable manner and at a reasonable time by, or at the direction of, the probation officer;
2.  That you participate as instructed by the probation officer in a program of substance abuse treatment which may include all forms of testing for all forms of substance abuse and you shall contribute to the cost of treatment in an amount to be determined by the probation officer;
3.  That you abstain from the use of alcohol;
4.  That you are prohibited from owning, maintaining or using a firearm, ammunition or other dangerous weapon;
5.  That you shall obtain and maintain verifiable employment; and;
6.  That you pay in fine in the sum of $200 which is due immediately but if not immediately paid shall be paid pursuant to the terms of the Inmate Financial Responsibility Program and any balance due shall be paid at the rate of not less than $25 per month to commence within 60 days of release with the full amount to be paid in not less than 18 months.
FURTHER ORDERED that defendant is remanded to the custody of the United States Marshal. Defendant advised of right to written appeal within 10 days; appeal rights previously waived in the plea agreement.

In addition to any conditions of supervised release/probation imposed above, IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed:

```
CR-98-00732-01-PHX-RCB                                              PAGE 2
USA v. Mark Alexander
==============================================================================
                    CONDITIONS OF PROBATION/SUPERVISED RELEASE
Where probation/supervised release has been ordered the defendant shall:
(1)  refrain from violation of any law (federal, state, and local) and get in touch immediately with your
probation officer if arrested or questioned by a law enforcement officer:
(2)  associate only with law-abiding persons and maintain reasonable hours:
(3)  work regularly at a lawful occupation and support your legal dependents, if any, to the
       best of your ability.  (When out of work, notify your probation officer at once, and consult him prior to
       job changes):
(4)  not leave the judicial district without permission of the probation officer;
(5)  notify your probation officer immediately of any changes in your place of residence;
(6)   follow the probation officer's instructions, report as directed and comply with any general or special
       conditions pursuant to District of Arizona General Order 201.
The Court may change the conditions of probation or supervised release or extend the term of supervision, if
less than the authorized maximum, at any time during the period of probation or supervise release.  The Court
may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the
period of probation or supervised release.
```

IT IS FURTHER ORDERED that the defendant shall pay a total assessment of $100 pursuant to Title 18, U.S.C. Section 3013 for   the One Count Indictment   as follows:
**SPECIAL ASSESSMENT TO BE PAID IMMEDIATELY AND IF NOT IMMEDIATELY PAID, THAT PAYMENTS BE MADE PURSUANT TO THE INMATE FINANCIAL RESPONSIBILITY PROGRAM OR AS DIRECTED BY THE COURT**

IT IS FURTHER ORDERED THAT COUNT(S) N/A is/are DISMISSED on oral motion of the United States.

IT IS FURTHER ORDERED that the defendant shall pay to the United States attorney for this district any amount imposed as restitution.  The defendant shall pay to the Clerk of the Court any amount imposed as a fine and as a cost of prosecution.  Payment of such amount is due immediately but, if so ordered shall be payable in equal monthly installments and with payment in full by a date certain.  In all cases restitution, fines, and costs shall be payable during the period of incarceration with the payment of any remaining balance to be a condition of probation or supervised release.  Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the United States Attorney for this district of any change in name and address.

IT IS FURTHER ORDERED that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

XX The Court orders commitment to the custody of the Bureau of Prisons and recommends: that defendant is placed in a Bureau of Prisons facility in the State/District of Arizona.


March 1, 1999
Date of Imposition of Sentence

_____
Signature of Judicial Officer
ROBERT C. BROOMFIELD
UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

_____March 2, 1999_____
          Date

                                        RETURN
I have executed this Judgment as follows:
_____

Defendant delivered on _____ to _____ at
                           Date
_____, the institution designated by the Bureau of Prisons, with a
certified copy of this judgment in a Criminal case


_____
     United States Marshal
By_____
          Deputy Marshal
cc: USA USP PTS USM Fin Counsel OB Judge